**UNITED STATES COURT OF APPEALS**

**Filed 1/10/96**

---

CHARLES A. FIELDS,

      Petitioner - Appellant,

      v.

RON CHAMPION and ATTORNEY
GENERAL OF THE STATE OF
OKLAHOMA,

      Respondents - Appellees.

No. 95-5157

(D.C. No. 94-C-440-K)

(N.D. Oklahoma)

---

**ORDER AND JUDGMENT**[*]

---

Before **ANDERSON, BARRETT,** and **LOGAN**, Circuit Judges.

---

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination of this

appeal. See Fed. R. App. P. 34(a); 10th Cir. R. 34.1.9. This cause is therefore ordered

submitted without oral argument.

---

[*]This order and judgment is not binding precedent, except under the doctrines of
law of the case, res judicata, and collateral estoppel. The court generally disfavors the
citation of orders and judgments; nevertheless, an order and judgment may be cited under
the terms and conditions of 10th Cir. R. 36.3.

Charles A. Fields, proceeding pro se, appeals from the denial of his 28 U.S.C. § 2254 habeas petition, and the denial of his motion for a certificate of probable cause. We have carefully reviewed the record in this case, and we GRANT the certificate of probable cause and AFFIRM the denial of Mr. Fields' habeas petition for substantially the reasons set forth in the district court's order. See also United States v. Richards, 5 F.3d 1369, 1371 (10th Cir. 1993). The mandate shall issue forthwith.

ENTERED FOR THE COURT


Stephen H. Anderson
Circuit Judge